**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, | No. MDL 05-01699 CRB<br><br>**ORDER OF DISMISSAL** |

_____/

*This document relates to:*

| | |
|---|---|
| Zedith Lillard and Don Lillard, | 05-5430 CRB |
| Dale Casey and Janice Casey | 05-5354 CRB |
| Ira Carter and Woford Carter | 05-5441 CRB |
| Gayle Williams-Rhinehart and Suzette Coleman | 05-5350 CRB<br>06-0340 CRB |
| Glossie Love and Huey Love | 06-0151 CRB |
| Estate of Helen M. Shelton | 06-0221 CRB |
| Angela M. Swedeen and Dana Swedeen | 06-0175 CRB |
| Joyce Croft | 06-0222 CRB |
| Alanda Creer | 06-0233 CRB |
| Sheraldine Joseph, | 06-0241 CRB |
| Sharon Thompson | 06-0288 CRB<br>06-0283 CRB |
| Franklin Dean Elders | 06-0287 CRB<br>06-0245 CRB |
| Joyce M. Hayes, | 06-0385 CRB<br>06-0224 CRB |

1  The Court ordered the plaintiffs identified in the caption to show cause why this
2  action should not be dismissed for a failure to prosecute.  As of this date, the date of the
3  hearing on the show cause order, no plaintiff has responded to the Court's order and no
4  plaintiff appeared at the show cause hearing.  Accordingly, the actions identified in the above
5  caption are DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41.
6  **IT IS SO ORDERED.**

8  Dated: October 6, 2006

   _____
   CHARLES R. BREYER
   UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California